# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

By ECF

November 27, 2023

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/23

United States v. Yuna Lin, 23-cr-00482-RMB

Dear Judge Berman :

I write with the consent of Pretrial Officer Marlon Ovales and the Government to request that Ms. Lin's current permitted travel area be expanded to include the District of New Jersey to accommodate travel to and from a new employment position that she has been offered at Peking Buffet in Glassboro, N. J 08028. The job is to commence this Wednesday, November 29, 2023.

Very truly yours,

James Roth

Cc. All Parties (By ECF)

Application granted on consent.

SO ORDERED:
Date: 11/29/23
Richard M. Berman
Richard M. Berman, U.S.D.J.