UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| YUNA LIN, | |
| Defendant. | |



**ORDER**

23 Cr. 482 (RMB)

     WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Magistrate Judge Jennifer E. Willis on January 30, 2025;

     WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

     WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

     IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
    **Feb. 5,** , 2025

_____
HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK