# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619

February 2, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/25

By: ECF

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Hou, Cr. 23-482 (RMB)

Dear Judge Berman:

    I write with the consent of the government, co-counsel, and Probation to request an adjustment of the schedule to conduct the presentence interview and release of the presentence report due to a conflict with counsel. The defendants to be interviewed March 30, 2025. 1st Disclosure: 04/22/2025, 2nd Disclosure: 05/20/2025, the sentence date remains the same.

    We thank the Court for your consideration in this matter.

Very truly yours,

s/ James Roth

---

Application granted.

SO ORDERED:
Date: 2/5/25    Richard M. Berman
Richard M. Berman, U.S.D.J.