**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
                                       Government,  :  23 CR. 482 (RMB)

    - against -  :  **ORDER**

YUNA LIN,  :

                 Defendant.  :
-------------------------------------------------------------x

The sentencing scheduled for Tuesday, June 10, 2025 at 11:30 A.M. will take place in Courtroom 17B.

Dated: June 4, 2025
       New York, NY

                                                         RICHARD M. BERMAN
                                                             U.S.D.J.