## STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240

July 30, 2025

By: ECF

The Honorable Richard M. Berman  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: United States v. Yuna Lin, Cr. 23-482 (RMB)

Dear Judge Berman:

   I write with the consent of the government and pretrial services to request a modification of the conditions of Ms. Lin's release and to extend the date of her surrender. Ms. Lin was ordered to surrender on August 4, 2025, to FDC Sea Tec in Washington State. Since her sentencing on June 10, 2025, she has attempted to address her medical needs. Ms. Lin completed a biopsy procedure. However, when she appeared for an MRI, she was advised that the procedure could not be performed because she was wearing an ankle bracelet. Her pretrial services officer was unable to remove it in a timely fashion. Rescheduling the MRI has been a challenge. She is currently on a wait list for the MRI in the event of cancellation between August 7th-11th. Her pretrial officer has indicated that he could accommodate the removal and reattachment of the bracelet if an appointment is available on a weekday. For this reason, I respectfully request that her date of surrender be extended until August 15, 2025. Ms. Lin is prepared to surrender to the designated institution. Her pretrial officer confirmed that she can fly at her expense to Washington with her ankle bracelet which would be removed upon her reception at FDC Sea Tec.

   If Your Honor requires any additional information regarding this request, please contact me.

Very truly yours,

s/ James Roth

Cc. AUSA Ben Burkett

---

Surrender date is extended to 8/15/25.

SO ORDERED:  
Date: 7/31/25

Richard M. Berman, U.S.D.J.