**STAMPUR & ROTH**
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007
(212) 619-4240

August 18, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/25

**VIA EMAIL and ECF**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10463

**Re: United States v. Yuna Lin     23 CR 482 (RMB)**

Dear Judge Berman:

    I write, in the above captioned case, to request that the Court order Pretrial Services to return Ms. Lin's passport to defense counsel. Ms. Lin recently surrendered to begin serving her 48-month sentence. As a condition of his pretrial supervision, Ms. Lin turned in her passport to his Pretrial Services Officer. Absent a court order, Pretrial will send the passport to ICE within 90 days. Once the passport is returned, I will provide it to Ms. Lin's family. Both pretrial and the Government consent to this request.

Respectfully submitted,
s/James Roth



Application granted on consent.

SO ORDERED:
Date: 8/19/25    *Richard M. Berman*
Richard M. Berman, U.S.D.J.